UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03CR109-Mu

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| | ) | |
| KEVIN DEMETRIUS MCKINNEY | ) | |

For reasons stated in the government's Motion for Downward Departure Pursuant to Fed.

R. Crim 35 P. and 18 U.S.C. § 3553(e), filed December 8, 2005, and for good cause shown, this

Court grants the government's Motion modifies the defendant's sentence as follows:

**IT IS THEREFORE ORDERED** that Defendant's sentence be reduced from a term of

96 months to 84 months, with five years supervised release, all other terms and conditions of the

Judgment to remain the same.

The Clerk is directed to prepare an amended judgment reflecting the sentence reduction.

The Clerk is further directed to send copies of this Order to the defendant, defense counsel, the

United States Attorney, and the United States Probation Office.

**THIS** is the ____ day of ~~December, 2005.~~ Jan. 2006

GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE